THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMELL S. MITCHELL, Appellant. [3 NYS3d 702]—Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered May 19, 2011. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Scudder, P.J., Centra, Peradotto, Carni and Sconiers, JJ.